# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>McGUINNESS, et al.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-000069-LJO-SKO (PC)<br><br>**ORDER DISMISSING DEFENDANT LISA SALINAS WITH PREJUDICE**<br><br>**(Docs. 43, 44)** |

　　　　Plaintiff, Punaofo Tsugito Tilei, is a state prison inmate proceeding *pro se*[1] and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January 13, 2010.  (Doc. 1.)  Upon appeal, the Ninth Circuit found that the Complaint states a cognizable claim for relief under section 1983 against all named Defendants except Health Care Appeals Coordinator, Lisa Salinas.  (Docs. 43, 44.)

　　　　Accordingly, it is HEREBY ORDERED that Health Care Appeals Coordinator Lisa Salinas, and all claims against her, are dismissed with prejudice.

IT IS SO ORDERED.

　　Dated:   **April 11, 2016**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] In accordance with the Mandate from the Ninth Circuit, efforts are being made to locate counsel willing to represent Plaintiff.

1