# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI, | Case No. 1:10-cv-00069-LJO-SKO (PC) |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| McGUINNESS, et al., | |
| Defendants. | |

Plaintiff, Punaofo Tsugito Tilei, is a state prison inmate proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On March 14, 2016, the 9th Circuit issued an order remanding the case to the District Court including an order to appoint counsel for plaintiff. (Doc. 43.) Donald A. Lancaster, Jr. has been selected from the court's *pro bono* attorney panel to represent Plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Donald A. Lancaster, Jr. is appointed as counsel in the above entitled matter,
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment,
3. The Clerk of the Court is directed to enter Donald A. Lancaster, Jr, The Lancaster Law Group, 21900 Burbank Blvd., 3rd Floor, Woodland Hills, California 91367 (818) 992-

1

2924, as Plaintiff's counsel on the docket of this action; and

4. The Clerk of the Court is directed to serve a copy of this order both upon Plaintiff and Donald A. Lancaster, Jr, The Lancaster Law Group, 21900 Burbank Blvd., 3rd Floor, Woodland Hills, California 91367.

IT IS SO ORDERED.

Dated:   **April 21, 2016**                                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE