# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PUNAOFO TSUGITO TILEI,<br><br>Plaintiff,<br><br>v.<br><br>McGUINNESS, et al.,<br><br>Defendants. | **Case No. 1:10-cv-00069-LJO-SKO (PC)**<br><br>**ORDER TO FACILITATE TELEPHONE CALL** |

Plaintiff, Punaofo Tsugito Tilei, is a state prison inmate represented by court appointed counsel Donald A. Lancaster, Jr., in this civil action pursuant to 42 U.S.C. § 1983. Communication between Mr. Lancaster and his client is required to discuss this case and to complete discovery. By this Order, the court directs the Warden and the correctional staff at Salinas Valley State Prison (SVSP), to facilitate a confidential telephone call between appointed counsel Mr. Lancaster and inmate Punaofo Tsugito Tilei (H-96960).

In accordance with the above, IT IS HEREBY ORDERED:

1. The Warden, Litigation Coordinator, and other correctional staff as needed at SVSP, shall facilitate a confidential telephone call between Punaofo Tsugito Tilei and attorney Donald A. Lancaster, Jr.

2. The confidential telephone call shall be placed on **Thursday, May 25, 2017**, to begin at **9:00 a.m**. and shall continue, without interruption, for a maximum of 30 minutes or

1

until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling Mr. Lancaster at (310) 345-9613.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Tilei under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of SVSP, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is directed to serve this order by facsimile (831) 678-5544 and email on the Warden and Litigation Coordinator at SVSP.

IT IS SO ORDERED.

Dated: **May 23, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE